**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Elizabeth Bucklew, | ) Civil Case No. 3:11-cv-00706-CMC-SVH |
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEAL** |
| Wal-Mart Stores East, L.P., | ) |
| Defendant. | ) |

Notice is hereby given that Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgments entered in this action on the 18th day of June, 2012 and the 11th day of July, 2012.

        Law Offices of R. Don Ries

        s/Richard D. Ries
        Richard D. Ries, Federal I. D. #5432
        Palmer Freeman, Federal I. D. #894
        712 Richland Street, Suite E
        Post Office Box 7153
        Columbia, South Carolina 29202
        (803) 256-9332
        rieslaw@bellsouth.net
        palmerfree@msn.com

        ***ATTORNEY FOR PLAINTIFF***